BL9109678

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: CASSANDRA J WILLIAMS            :    Chapter:    13
                                       :
                                       :
                                       :
                                       :    CASE NO:    12-20356
                                       :

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 17, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    PO Box 7247-6971

    Philadelphia, PA 19170-6971

New Address for Notices and Payments:

    eCast Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

DATE:    7/15/2016