United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-20356-amc
Cassandra J. Williams                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2           Date Rcvd: Sep 16, 2016
                           Form ID: 138NEW         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
```
db            +Cassandra J. Williams,     1636 S. Wilton Street,    Philadelphia, PA 19143-5005
cr            +BANK OF AMERICA, N.A.,     2380 Performance Dr,    Richardson, TX 75082-4333
cr            +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
cr            #+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
13025711      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
12900351      +Bank of America,    450 American St., #SV416,    Simi Valley, CA 93065-6285
12946650       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12909196      +Bank of New York Mellon,    c/o Andrew F. Gornall, Esq,    701 Market Street, Ste 5000,
                Phila., PA 19106-1541
12900353      +Calvin Williams,    1636 S. Wilton St.,    Philadelphia, PA 19143-5005
12900355      +Continental Bancorp, Inc.,    8950 SW Burnham Street,    Attn: Bankruptcy Dept.,
                Portland, OR 97223-5399
13029725      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
12900356      +Dell Computer,    P.O. Box 81577,    Attn: Bankruptcy Dept.,    Austin, TX 78708-1577
12900357       Dressbarn,    P.O. BOX 182118,    Attn: Bankruptcy Dept.,    Columbus, OH 43218-2118
12900359      +Equable Ascent Financial,    1120 W. Lake Cook Road, Suite A,    Attn: Bankruptcy Dept.,
                Buffalo Grove, IL 60089-1970
12900364      +HSBC/Boscov's,    P.O. BOX 5253,    Attn: Bankruptcy Dept.,    Carol Stream, IL 60197-5253
12900366      +Jorge M. Pereira, Esquire,    101 N. Cedar Crest Blvd.,    Allentown, PA 18104-4769
12915121      +Portfolio Investments II LLC,    c/o Recovery Management,    Systems Corporate,    PO BOX 12931,
                Norfolk, VA 23541-0931
13703197      +The Bank of New York Mellon, fka, The B,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
12900370      +Verizon, NJ,    500 Technology Drive,    Attn: Bankruptcy Dept.,    Weldon, MO 63304-2225
12900371      +Verizon, PA,    500 Technology Drive,    Attn: Bankruptcy Dept.,    Weldon, MO 63304-2225
12900372      +WFNNB/Dress Barn,    P.O. BOX 182789,    Attn: Bankruptcy Dept.,    Columbus, OH 43218-2789
13034076       eCast Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:56     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bnc@bass-associates.com Sep 17 2016 02:06:47     Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:10     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
12958712       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2016 02:04:16
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
12900352      +E-mail/Text: bankruptcy@cavps.com Sep 17 2016 02:08:33     Calvary Portfolio Services, LLC,
                500 Summit Lake Drive,    Attn: Bankruptcy Dept.,    Valhalla, NY 10595-2322
13004000       E-mail/Text: bnc@bass-associates.com Sep 17 2016 02:06:47     Capital One, N.A.,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12909269      +E-mail/Text: bankruptcy@cavps.com Sep 17 2016 02:08:34     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2422
12900358      +E-mail/Text: bknotice@erccollections.com Sep 17 2016 02:08:17     Enhanced Recovery Co.,
                8014 Bayberry Road,    Attn: Bankruptcy Dept.,    Jacksonville, FL 32256-7412
12900360       E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:10     GE Capital Retail Bank,
                P.O. BOX 965009,    Attn: Bankruptcy Dept.,    Orlando, FL 32896-5009
12908850       E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:10     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
12900361      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:49     GE Capital/Walmart,
                P.O. BOX 965024,    Attn: Bankruptcy Dept.,    Orlando, FL 32896-5024
12900362      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:04:27     GECRB/Lord & Taylor,
                P.O. BOX 965015,    Attn: Bankruptcy Dept.,    Orlando, FL 32896-5015
12900363      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:10     GECRB/Lowes,    P.O. BOX 965005,
                Attn: Bankruptcy Dept.,    Orlando, FL 32896-5005
12915111       E-mail/Text: cio.bncmail@irs.gov Sep 17 2016 02:07:06     IRS,    PO BOX 7346,
                PHILA PA 19101-7346
12900367      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:03:27     LVNV Funding LLC,
                P.O. BOX 10497,    Attn: Bankruptcy Dept.,    Greenville, SC 29603-0497
13013437      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:03:26     LVNV Funding LLC,
                c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2          Date Rcvd: Sep 16, 2016
                             Form ID: 138NEW            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12900369        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:20:15
                Portfolio Recovery Assoc.,    120 Corporate Blvd., Suite 100,   Attn: Bankruptcy Dept.,
                Norfolk, VA 23502
12979455        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:04:01
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
12947790        E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2016 02:07:19
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                     TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
12900354*     +Calvin Williams,   1636 S. Wilton Street,   Philadelphia, PA 19143-5005
12900365*     Internal Revenue Service,   P.O. BOX 7346,   Attn: Bankruptcy Dept.,
              Philadelphia, PA 19101-7346
12900368     ##+Michael Ratchford, Esquire,   120 N. Keyser Ave.,   Scranton, PA 18504-9701
                                                                    TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL   on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT   on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MICHAEL A. LATZES   on behalf of Debtor Cassandra J. Williams efiling@mlatzes-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                            TOTAL: 6
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Cassandra J. Williams

          Debtor(s)                                     Bankruptcy No: 12−20356−amc

                                                      Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                      For The Court

                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 9/16/16